ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISSA DANIELLE BRUNNER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:26-cv-02386-TLN-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 7 days, from September 11, 2026, to September 18, 2026, for the Commissioner to answer Plaintiff's complaint.

This is the Commissioner's first request for an extension of time. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Pursuant to Rule 4 of the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), the Commissioner will answer Plaintiff's complaint by filing a certified copy of the administrative record. However, due to staffing reductions, organizational changes, and residual delays in processing electronic certified administrative records (eCARs),

the eCAR in the instant case will not be ready by the due date. The Commissioner therefore respectfully requests an extension until September 18, 2026, to file this eCAR, with all other case deadlines extended accordingly.

Respectfully submitted,

Dated: September 9, 2026

LAW OFFICES OF FRANCESCO BENAVIDES

By: */s/ Francesco Benavides**
FRANCESCO BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on Sept. 9, 2026]

Dated: September 10, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner's answer shall be due on September 18, 2026, with all other case deadlines extended accordingly.

DATED: September 10, 2026

Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE